26304.  BOSWELL, executrix, *et al. v.* ATLANTIC COAST LINE
RAILROAD COMPANY *et al.*

FELTON, J.  Where, on the trial of an application to the ordinary to re-
move obstructions from a private way, the evidence was conflicting on
the material issues, and authorized a finding denying the application,
it was not error for the judge of the superior court to overrule a
certiorari and deny a! new trial.  *Simpson* v. *McBride,* 78 *Ga.* 297;
*Singleton* v. *Planters Oil Mill,* 14 *Ga. App.* 157 (80 S. E. 704); *Moore*
v. *State,* 48 *Ga. App.* 98 (171 S. E. 834); *Waldhour* v. *Kessler,* 36 *Ga.*
*App.* 14 (134 S. E. 925); *Burley* v. *Atlanta,* 14 *Ga. App.* 815 (82 S.
E. 357); *Bolton* v. *Newnan,* 22 *Ga. App.* 15 (2) (95 S. E. 472);
*Clements* v. *State,* 22 *Ga. App.* 625 (97 S. E. 81); *Dodson* v. *Evans,*
151 *Ga.* 435 (2) (107 S. E. 59).

　　　　*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*
　　　　　　　　　DECIDED OCTOBER 2, 1937.

*J. G. Faust,* for plaintiff.  *Miles W. Lewis,* for defendants.